IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN WEIKEL, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 18-4474 |
| PYRAMID HEALTHCARE, INC., | |
| Defendant. | |

FILED
DEC 27 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 27th day of December, 2019, upon consideration of Defendant Pyramid Healthcare, Inc.'s ("Pyramid") Motion for Summary Judgment, Plaintiff Susan Weikel's ("Weikel") Memorandum of Law in Opposition, and Pyramid's Reply Brief in Support, it is hereby **ORDERED** that:

1. Pyramid's Motion (Doc. No. 16) is **GRANTED**; and
2. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE